IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA CHANICKA URBACH | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:05cv00507 SWW |
| | * | |
| | * | |
| UNITED STATES DEPARTMENT | * | |
| OF THE AIR FORCE; HONORABLE | * | |
| JAMES G. ROCHE, SECRETARY OF | * | |
| THE AIR FORCE; AND WILLIAM | * | |
| KATTNER, JR., INDIVIDUALLY, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 9th day of August, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE